UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN LUIS KILLENS,<br><br>Petitioner,<br><br>v.<br><br>HUNTER ANGLEA,<br><br>Respondent. | Case No. 19-cv-02621-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO ANSWER ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 19 |

Good cause being shown, respondent's request for an extension of time to answer the Court's Order to Show Cause is GRANTED. Dkt. No. 19. By **November 15, 2019**, respondent shall file an answer to the petition for a writ of habeas corpus. If petitioner wishes to respond to the Answer, petitioner shall do so by filing a traverse with the court and serving it on respondent within twenty-eight (28) days of petitioner's receipt of the Answer. Should petitioner fail to do so, the petition will be deemed submitted and ready for decision twenty-eight (28) days after the date petitioner is served with respondent's Answer.

This order terminates Dkt. No. 19.

**IT IS SO ORDERED.**

Dated: 10/10/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge