UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN LUIS KILLENS,<br>        Petitioner,<br>  v.<br>HUNTER ANGLEA,<br>        Respondent. | Case No. 19-cv-02621-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 27 |

Good cause being shown, petitioner's request for an extension to time to file his traverse is GRANTED. Dkt. No. 27. Within sixty (60) days of the date of this order, petitioner shall file his traverse.

This order terminates Dkt. No. 27.

**IT IS SO ORDERED.**

Dated: December 26, 2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JORDAN LUIS KILLENS,

    Plaintiff,

v.

HUNTER ANGLEA,

    Defendant.

Case No. 19-cv-02621-HSG

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 26, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jordan Luis Killens ID: AX-1192
Sierra Conservation Center
5150 Obyrnes Perry Road
Jamestown, CA 95327

Dated: December 26, 2019

    Susan Y. Soong
    Clerk, United States District Court

    By:_____
    Nikki D. Riley, Deputy Clerk to the
    Honorable HAYWOOD S. GILLIAM, JR.