UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN LUIS KILLENS,<br>   Petitioner,<br> v.<br>HUNTER ANGLEA,<br>   Respondent. | Case No. 19-cv-02621-HSG<br><br>**JUDGMENT** |

  For the reasons set forth in the Court's Order Denying the Petition for a Writ of Habeas Corpus, Denying a Certificate of Appealability, the petition for a writ of habeas corpus is DENIED.  The Clerk shall enter judgment in favor of respondent and close the file.

  **IT IS SO ORDERED AND ADJUDGED.**

Dated: 11/16/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge